# EXHIBIT 1

Int. Cl.: 21

Prior U.S. Cls.: 2, 13, 23, 29, 30, 33, 40 and 50

**United States Patent and Trademark Office**

Reg. No. 3,471,977
Registered July 22, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# Blender Bottle

RUNWAY BLUE, LLC (UTAH LTD LIAB CO)
1953 NORTH 690 EAST
OREM, UT 84097

FOR: CONTAINERS, NAMELY, BOTTLES WITH INTERNAL AGITATORS FOR MIXING INGREDIENTS AND SHAKER CUPS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 9-5-2000; IN COMMERCE 9-5-2000.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,644,744.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BOTTLE", APART FROM THE MARK AS SHOWN.

SEC. 2(F).

SER. NO. 77-356,247, FILED 12-19-2007.

KELLY BOULTON, EXAMINING ATTORNEY

Int. Cl.: 21

Prior U.S. Cls.: 2, 13, 23, 29, 30, 33, 40 and 50

**United States Patent and Trademark Office**

Reg. No. 3,515,591
Registered Oct. 14, 2008

**TRADEMARK**
**PRINCIPAL REGISTER**

# Blender Ball

RUNWAY BLUE, LLC (UTAH LIMITED LIABILITY COMPANY)
1953 NORTH 960 EAST
OREM, UT 84097

FOR: WHISKS, NAMELY, AGITATORS FOR MIXING AND BLENDING FOOD AND DRINKS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 9-5-2000; IN COMMERCE 9-5-2000.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,641,235.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BALL", APART FROM THE MARK AS SHOWN.

SEC. 2(F).

SER. NO. 77-414,337, FILED 3-5-2008.

KIM MONINGHOFF, EXAMINING ATTORNEY

United States of America

United States Patent and Trademark Office



**Reg. No. 4,633,169**
**Registered Nov. 4, 2014**

**Int. Cl.: 21**

**TRADEMARK**

**PRINCIPAL REGISTER**

RUNWAY BLUE, LLC (UTAH LIMITED LIABILITY COMPANY)
250 SOUTH 850 EAST
LEHI, UT 84043

FOR: CONTAINERS FOR HOUSEHOLD OR KITCHEN USE, NAMELY, BOTTLES WITH INTERNAL AGITATORS FOR MIXING INGREDIENTS AND SHAKER CUPS, SOLD EMPTY; CONTAINERS FOR HOUSEHOLD OR KITCHEN USE, NAMELY, BOTTLES WITH NON-ELECTRIC INTERNAL AGITATORS FOR MIXING INGREDIENTS, FOR BEVERAGES, LIQUID FOODS, AND POWDERED FOODS, SOLD EMPTY; CONTAINERS FOR HOUSEHOLD OR KITCHEN USE, NAMELY, INTERLOCKING PLASTIC OR GLASS CONTAINERS WITH OPTIONAL CARRYING HANDLE, SOLD EMPTY; CONTAINERS FOR HOUSEHOLD OR KITCHEN USE, NAMELY, PLASTIC OR GLASS OR STAINLESS STEEL CONTAINERS FOR USE WITH BEVERAGES, LIQUID FOODS, DRY AND POWDERED FOODS, SOLD EMPTY; CONTAINERS FOR HOUSEHOLD OR KITCHEN USE; HOUSEHOLD CONTAINERS FOR FOODS; PLASTIC STORAGE CONTAINERS FOR HOUSEHOLD OR DOMESTIC USE; WHISKS, NAMELY, AGITATORS FOR MIXING AND BLENDING FOOD AND DRINKS; INSULATED WATER BOTTLE HOLDERS, NAMELY, INSULATED WATER BOTTLE SLINGS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 7-12-2012; IN COMMERCE 4-21-2013.

OWNER OF U.S. REG. NOS. 3,722,198 AND 4,098,340.

THE MARK CONSISTS OF A SPIRAL BALL.

SN 85-877,177, FILED 3-15-2013.

TIMOTHY O. SCHIMPF, EXAMINING ATTORNEY



Deputy Director of the United States
Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.
>
> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

> **The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

*****ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.



# BLENDERBOTTLE

**Reg. No. 4,894,363**
**Registered Feb. 2, 2016**

**Int. Cl.: 21**

**TRADEMARK**

**PRINCIPAL REGISTER**

RUNWAY BLUE, LLC (UTAH LIMITED LIABILITY COMPANY)
250 SOUTH 850 EAST
LEHI, UT 84043

FOR: CONTAINERS FOR HOUSEHOLD OR KITCHEN USE, NAMELY, BOTTLES WITH INTERNAL AGITATORS FOR MIXING INGREDIENTS; MIXING CUPS, NAMELY, SHAKER CUPS, SOLD EMPTY; CONTAINERS FOR HOUSEHOLD OR KITCHEN USE, NAMELY, BOTTLES WITH NON-ELECTRIC INTERNAL AGITATORS FOR MIXING INGREDIENTS, FOR BEVERAGES, LIQUID FOODS, AND/OR POWDERED FOODS, SOLD EMPTY; CONTAINERS FOR HOUSEHOLD OR KITCHEN USE, NAMELY, INTERLOCKING PLASTIC OR GLASS CONTAINERS WITH OPTIONAL CARRYING HANDLE, SOLD EMPTY; CONTAINERS FOR HOUSEHOLD OR KITCHEN USE, NAMELY, PLASTIC, GLASS AND STAINLESS STEEL CONTAINERS FOR USE WITH BEVERAGES, LIQUID FOODS, DRY AND/OR POWDERED FOODS, SOLD EMPTY; CONTAINERS FOR HOUSEHOLD OR KITCHEN USE; HOUSEHOLD CONTAINERS FOR FOODS; PLASTIC STORAGE CONTAINERS FOR HOUSEHOLD OR DOMESTIC USE; CONTAINERS FOR PERSONAL HOUSEHOLD USE FOR FOOD, MEDICATIONS, VITAMINS AND SUPPLEMENTS, WATER AND/OR BEVERAGES, SOLD EMPTY; WHISKS, NAMELY, AGITATORS FOR MIXING AND BLENDING FOOD AND DRINKS; INSULATED WATER BOTTLE HOLDERS IN THE NATURE OF THERMAL INSULATED WRAP FOR CONTAINERS TO KEEP THE CONTENTS COLD; WATER BOTTLE BELTS FOR RUNNING, HIKING, BIKING; PLASTIC WATER BOTTLE HOLDERS AND ATTACHED CARABINER CLIP SOLD AS A UNIT, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 9-5-2000; IN COMMERCE 9-5-2000.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,471,977.

SEC. 2(F).

SER. NO. 86-480,446, FILED 12-15-2014.

JOHN SCHUYLER YARD, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

*First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

*Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
*See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at  http://www.uspto.gov.

# United States of America
### United States Patent and Trademark Office

# WHISKWARE

**Reg. No. 5,147,116**
**Registered Feb. 21, 2017**
**Int. Cl.: 21**
**Trademark**
**Principal Register**

Runway Blue, LLC (UTAH LIMITED LIABILITY COMPANY)
250 South 850 East
Lehi, UT 84043

CLASS 21: Containers for household or kitchen use, namely, plastic, glass, and stainless steel containers for beverages and liquid foods, sold empty; containers for household or kitchen use for preparing salad dressings and vinaigrettes, sold empty; egg separators

FIRST USE 6-27-2016; IN COMMERCE 6-27-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-460,489, FILED 11-20-2014
JOHN S YARD, EXAMINING ATTORNEY



Michelle K. Lee
Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

**NOTE:** A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.



Please note that U.S. Customs & Border Protection (CBP), a bureau of the Department of Homeland Security, maintains a trademark recordation system for marks registered at the United States Patent and Trademark Office. Parties who register their marks on the Principal Register may record these marks with CBP, to assist CBP in its efforts to prevent the importation of goods that infringe registered marks. The recordation database includes information regarding all recorded marks, including images of these marks. CBP officers monitor imports to prevent the importation of goods bearing infringing marks, and can access the recordation database at each of the 317 ports of entry.

CBP's Intellectual Property Rights e-Recordation (IPRR) system, located at https://apps.cbp.gov/e-recordations/, allows right holders to electronically file IPR recordation applications, thus significantly reducing the amount of time normally required to process paper applications. Some additional benefits of the system include:

- Elimination of paper applications and supporting documents.
- Copies of the certificate issued by the registering agency (U.S. Patent and Trademark Office or the Copyright Office) are retained by the right holder, not submitted to CBP.
- Payment by credit card (preferred), check or money order.
- Ability to upload images of the protected work or trademark, thus obviating the need to send samples to CBP.
- Reduced time from filing of the application to enforcement by field personnel.

Information about how to obtain a recordation, and about CBP's Intellectual Property Rights border enforcement program, is available at CBP's web site, www.cbp.gov.

# United States of America
### United States Patent and Trademark Office

# FREESIP

**Reg. No. 5,687,557**  
**Registered Feb. 26, 2019**  
**Int. Cl.: 21**  
**Trademark**  
**Principal Register**

RUNWAY BLUE, LLC (UTAH LIMITED LIABILITY COMPANY)  
35 South Pfeifferhorn Drive  
Alpine, UTAH 84004

CLASS 21: Drinking spouts for beverage containers for household or personal use; Drinking spouts for bottles for household or personal use

FIRST USE 10-17-2018; IN COMMERCE 10-17-2018

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-872,627, FILED 04-11-2018



Director of the United States  
Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at h ttp://www.uspto.gov.

**NOTE:** A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.

# United States of America
### United States Patent and Trademark Office

# OWALA

**Reg. No. 6,181,745**
**Registered Oct. 20, 2020**
**Int. Cl.: 21**
**Trademark**
**Principal Register**

Runway Blue, LLC (UTAH LIMITED LIABILITY COMPANY)
35 S. Pfeifferhorn Drive
Alpine, UTAH 84004

CLASS 21: bottles, sold empty; reusable plastic water bottles sold empty; reusable stainless steel water bottles sold empty; thermally insulated containers for beverages; insulated containers for beverage for domestic use; insulated containers to keep beverages cold or hot; insulated flasks; beverageware; containers for household or kitchen use, namely, plastic, glass, or stainless steel containers for beverages, sold empty; tumblers for use as drinking glasses; bottle cleaning brushes

FIRST USE 10-28-2019; IN COMMERCE 2-24-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-977,845, FILED 08-23-2019



Director of the United States
Patent and Trademark Office



> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.