# EXHIBIT 2

US00D799973S

(12) **United States Design Patent**    (10) **Patent No.:**    **US D799,973 S**

Sorensen et al.       (45) **Date of Patent:**    **   **Oct. 17, 2017**

(54) **CONTAINER**

(71) Applicant: **RUNWAY BLUE, LLC**, Lehi, UT (US)

(72) Inventors: **Steven M. Sorensen**, Alpine, UT (US);
**Kim L. Sorensen**, Apline, UT (US);
**David O. Meyers**, East Layton, UT
(US)

(73) Assignee: **Runway Blue, LLC.**, Alpine, UT (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/539,279**

(22) Filed: **Sep. 11, 2015**

(51) **LOC (10) Cl.** ............................................... **09-01**

(52) **U.S. Cl.**
USPC ............................................ **D9/529**; D9/549

(58) **Field of Classification Search**
USPC ....... D7/300.1, 312, 619, 622; D9/516, 530,
D9/537, 540, 547–549, 550, 552, 557,
D9/575; D24/197; 132/293;
215/381–385, 396, 398; 220/296, 288,
220/300, 669, 675
CPC ...... A61J 9/00; A61J 9/008; A61J 9/08; A61J
11/04; B65D 1/00; B65D 1/02; B65D
1/16; B65D 1/0223; B65D 1/0246; B65D
41/00; B65D 41/02; B65D 41/04; B65D
50/00; B65D 81/3211; B65D 2501/00;
B65D 2501/0009
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D283,920 S * | 5/1986 | Chen ........................... D24/197 |
| 4,778,068 A * | 10/1988 | Kohus ....................... A61J 9/00 |
| | | | 215/11.1 |
| 6,247,586 B1 * | 6/2001 | Herzog ............. B65D 81/3211 |
| | | | 206/221 |
| D447,004 S * | 8/2001 | Green ........................... D7/510 |
| 6,494,056 B1 * | 12/2002 | Roth ........................ A45F 3/16 |
| | | | 62/457.3 |
| D519,843 S * | 5/2006 | Forte ............................. D9/556 |
| 8,028,847 B2 * | 10/2011 | Klaver ..................... A61J 9/00 |
| | | | 215/11.1 |
| 8,061,158 B2 * | 11/2011 | Roth ........................ F25D 3/08 |
| | | | 62/457.3 |
| D653,082 S * | 1/2012 | George ........................... D7/510 |
| 8,113,364 B1 * | 2/2012 | Asadi ..................... A61J 9/008 |
| | | | 215/11.1 |

(Continued)

OTHER PUBLICATIONS

Office Action from Korean Application No. 30-2016-0006267 dated
May 27, 2016.

(Continued)

*Primary Examiner* — Derrick Holland
*Assistant Examiner* — Janice Lim
(74) *Attorney, Agent, or Firm* — Maschoff Brennan

(57) **CLAIM**

The ornamental design for a container, as shown and
described.

**DESCRIPTION**

FIG. **1** is an exploded top perspective view of a container,
showing our new design;
FIG. **2** is a top perspective view of the container;
FIG. **3** is a bottom perspective view of the container;
FIG. **4** is a front view of the container;
FIG. **5** is a rear view of the container;
FIG. **6** is a left side view of the container;
FIG. **7** is a right side view of the container;
FIG. **8** is a top view of the container; and,
FIG. **9** is a bottom view of the container.
The broken line portions are included to show unclaimed
subject matter only and form no part of the claimed design.

**1 Claim, 8 Drawing Sheets**



## US D799,973 S

Page 2

---

(56)          **References Cited**

U.S. PATENT DOCUMENTS

2013/0206762 A1 *   8/2013   Smith   ..................   B65D 1/0223
                                                        220/214

OTHER PUBLICATIONS

Notice of Allowance from Japanese Patent Application No. 2016-005242 dated Sep. 30, 2016 (with English translation).

* cited by examiner



*Fig. 1*



*Fig. 2*



*Fig. 3*



*Fig. 4*



*Fig. 5*



*Fig. 6*



*Fig. 7*



*Fig. 8*



*Fig. 9*

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.          : D799,973 S                                    Page 1 of 1
APPLICATION NO.     : 29/539279
DATED               : October 17, 2017
INVENTOR(S)         : Sorensen et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

On the Title Page

Item (72) Inventors, Line 2, delete "Apline" and insert -- Alpine --, therefor.

Signed and Sealed this
Ninth Day of January, 2018

*Joseph     Matal*

Joseph Matal
*Performing the Functions and Duties of the*
*Under Secretary of Commerce for Intellectual Property and*
*Director of the United States Patent and Trademark Office*

US00D884416S

(12) **United States Design Patent** (10) Patent No.: **US D884,416 S**

Meyers et al. (45) Date of Patent: ✶✶ **May 19, 2020**

(54) **LID**

(71) Applicant: **Runway Blue, LLC**, Lehi, UT (US)

(72) Inventors: **David O. Meyers**, East Layton, UT (US); **John R. Omdahl, II**, Lindon, UT (US); **Daniel Kendall Harden**, Palo Alto, CA (US); **Elliot Lucas Ortiz**, San Francisco, CA (US)

(73) Assignee: **Runway Blue, LLC**, Alpine, UT (US)

(✶✶) Term: **15 Years**

(21) Appl. No.: **29/602,291**

(22) Filed: **Apr. 28, 2017**

(51) **LOC (12) Cl.** ................................................ **07-99**

(52) **U.S. Cl.**
USPC ........................................ **D7/392**; D7/392.1

(58) **Field of Classification Search**
USPC ... D7/509–511, 396.2, 387, 396.1, 397, 608, D7/300.1, 591, 529, 533–536; D9/434, D9/435, 443, 447, 452, 503, 504
CPC ....... A47G 19/22; A47G 19/2205; A45F 3/16; B65D 41/04; B65D 43/02
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,573,378 | A | 10/1951 | Zurlinden |
| 3,770,160 | A | 11/1973 | Flider |
| 4,948,009 | A | 8/1990 | Sawatani |
| 5,318,203 | A | 6/1994 | Iaia et al. |
| D436,040 | S | 1/2001 | Warner et al. |
| D437,223 | S | 2/2001 | Coy et al. |
| 6,367,670 | B1 | 4/2002 | Warner et al. |
| D462,009 | S | 8/2002 | Poisson et al. |
| D476,892 | S | 7/2003 | Martin et al. |
| D530,202 | S | 10/2006 | Herald et al. |
| 7,124,917 | B2 | 10/2006 | Lee |
| D547,605 | S | 7/2007 | Edelstein et al. |

| | | | |
|---|---|---|---|
| D547,607 | S | 7/2007 | Forsman |
| D562,065 | S | 2/2008 | Smaldone |
| D586,184 | S | 2/2009 | Miller et al. |
| D588,915 | S | 3/2009 | Lohrman et al. |
| D591,595 | S | 5/2009 | Tedford, Jr. |
| 7,717,284 | B2 | 5/2010 | Giusti |
| D626,837 | S | 11/2010 | Meyers et al. |
| D626,838 | S | 11/2010 | Meyers et al. |
| D628,887 | S | 12/2010 | Groubert et al. |

(Continued)

OTHER PUBLICATIONS

Design U.S. Appl. No. 29/580,621, filed Oct. 11, 2016, titled "Mouthpiece", 18 pages.

(Continued)

*Primary Examiner* — Derrick E Holland
*Assistant Examiner* — Andrew Kerr
(74) *Attorney, Agent, or Firm* — Sterne, Kessler, Goldstein & Fox P.L.L.C.

(57) **CLAIM**

The ornamental design for a lid, as shown and described.

**DESCRIPTION**

FIG. **1** is a top and front perspective view of a lid, showing our new design;
FIG. **2** is a top and rear perspective view thereof;
FIG. **3** is a front view thereof;
FIG. **4** is a rear view thereof;
FIG. **5** is a left side view thereof;
FIG. **6** is a right side view thereof;
FIG. **7** is a top view thereof; and,
FIG. **8** is a bottom view thereof.
The broken seam line going around the body of the lid forms no part of the claimed design. The other broken lines illustrate environmental structure and parts of the article that form no part of the claimed design.

**1 Claim, 8 Drawing Sheets**



# US D884,416 S

Page 2

(56)                    **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D628,890 | S | 12/2010 | Groubert et al. |
| D628,893 | S | 12/2010 | Groubert et al. |
| D636,672 | S | 4/2011 | Lohrman |
| D649,878 | S | 12/2011 | Weiss |
| D649,879 | S | 12/2011 | Gullickson et al. |
| D652,256 | S | 1/2012 | Eyal |
| 8,146,770 | B2 | 4/2012 | Newman |
| D660,696 | S | 5/2012 | Weiss |
| D666,490 | S | 9/2012 | Leon |
| D677,121 | S | 3/2013 | Meyers et al. |
| D679,541 | S | 4/2013 | Samartgis |
| D682,034 | S | 5/2013 | El-Saden et al. |
| D686,870 | S | 7/2013 | Young |
| D696,551 | S | 12/2013 | Meyers et al. |
| D696,941 | S | 1/2014 | Kim |
| D696,942 | S | 1/2014 | Kim |
| D696,943 | S | 1/2014 | Kim |
| D704,053 | S | 5/2014 | Kim |
| D705,058 | S | 5/2014 | Kim |
| D707,124 | S | * 6/2014 | Blain ............................. D9/443 |
| D711,230 | S | 8/2014 | den Boer |
| D713,723 | S | 9/2014 | den Boer |
| D713,724 | S | 9/2014 | den Boer |
| 8,833,586 | B2 | 9/2014 | Meyers et al. |
| D716,141 | S | 10/2014 | Rush |
| D716,657 | S | 11/2014 | Caneer |
| D719,780 | S | 12/2014 | Sullivan |
| D721,276 | S | 1/2015 | Herbst |
| D723,328 | S | 3/2015 | Steel |
| D723,332 | S | 3/2015 | Steel |
| D727,093 | S | 4/2015 | Lapsker |
| D729,569 | S | 5/2015 | Herbst et al. |
| D730,694 | S | 6/2015 | Elsaden et al. |
| D734,152 | S | 7/2015 | Hager et al. |
| D737,139 | S | 8/2015 | Sokoly |
| D739,183 | S | * 9/2015 | Lane ............................. D7/605 |
| D740,605 | S | 10/2015 | Wodka et al. |
| D741,637 | S | 10/2015 | Palermo et al. |
| D742,230 | S | 11/2015 | Charles |
| D745,827 | S | * 12/2015 | Sorensen ................... D7/392.1 |
| D747,136 | S | * 1/2016 | Lane .......................... D7/396.2 |
| D750,490 | S | 3/2016 | Moore |
| D754,535 | S | 4/2016 | Kim |
| D758,127 | S | 6/2016 | Zhao |
| 9,392,893 | B2 | 7/2016 | Sorensen et al. |
| D768,491 | S | * 10/2016 | Sorensen ................... D7/392.1 |
| D781,703 | S | 3/2017 | Strachan |
| D782,310 | S | 3/2017 | Li |
| D793,154 | S | * 8/2017 | Sorensen ................... D7/392.1 |
| 9,790,007 | B2 | * 10/2017 | Sorensen ............... A47G 19/00 |
| D814,855 | S | 4/2018 | Hammer |
| D831,482 | S | 10/2018 | Meyers |
| 2002/0179604 | A1 | 12/2002 | Germain et al. |
| 2003/0052126 | A1 | 3/2003 | Zettle et al. |
| 2006/0226110 | A1 | 10/2006 | Choi et al. |
| 2008/0099514 | A1 | 5/2008 | Carter et al. |
| 2008/0257899 | A1 | 10/2008 | Whitaker et al. |
| 2010/0224631 | A1 | 9/2010 | Roth et al. |
| 2011/0017760 | A1 | 1/2011 | Newman |
| 2011/0139800 | A1 | 6/2011 | Urban |
| 2011/0253733 | A1 | 10/2011 | Meyers et al. |
| 2012/0055818 | A1 | 3/2012 | Zimmern |
| 2012/0061398 | A1 | 3/2012 | Nilsson |
| 2013/0062304 | A1 | 3/2013 | Meyers et al. |
| 2014/0069918 | A1 | 3/2014 | Meyers |
| 2014/0299614 | A1 | 10/2014 | Mithal |
| 2014/0263324 | A1 | 11/2014 | Latham et al. |
| 2014/0360908 | A1 | 12/2014 | Sorensen et al. |
| 2015/0014322 | A1 | 1/2015 | Kim |
| 2015/0201773 | A1 | 7/2015 | Sorensen et al. |
| 2015/0201774 | A1 | 7/2015 | Sorensen et al. |
| 2015/0201775 | A1 | 7/2015 | Sorensen et al. |
| 2015/0329255 | A1 | 11/2015 | Rzepecki |
| 2016/0007780 | A1 | 1/2016 | Dolan et al. |
| 2018/0050850 | A1 | * 2/2018 | Murosky ............... B65D 51/242 |

### OTHER PUBLICATIONS

Beachbody on Demand. 11 Water Bottles We're Lusting After. Apr. 15, 2016 [earliest online date], [site visited Oct. 11, 2017]. Available from Internet, <URL:https://www.beachbodyondemand.com/blog/11-water-bottles-were-lusting-after>. (Year: 2016).

Amazon. Duo Classic protein Shaker Bottle. Jul. 30, 2014 [earliest online date], [site visited Oct. 11, 2017]. Available from Internet, <URL:https://www.amazon.com/Duo-Classic-Protein-Shaker-Bottle/dp/B00J9XRIEU?th=1>. (Year: 2014).

Design U.S. Appl. No. 29/664,154, filed Sep. 21, 2018, titled "Mouthpiece", 11 pages.

Design U.S. Appl. No. 29/634,621, filed Jan. 23, 2018, titled "Mouthpiece", 11 pages.

Design U.S. Appl. No. 29/580,624, filed Oct. 11, 2016, titled "Mouthpiece", 20 pages.

Design U.S. Appl. No. 29/693,888, filed Jun. 5, 2019, titled "Mouthpiece", 11 pages.

* cited by examiner



*FIG. 1*



*FIG. 2*



**FIG. 3**



*FIG. 4*



**FIG. 5**



*FIG. 6*



*FIG. 7*



**FIG. 8**

US00D911104S

(12) **United States Design Patent**   (10) Patent No.:     **US D911,104 S**
Meyers et al.                          (45) Date of Patent:  \*\*  **Feb. 23, 2021**

(54) **SPOUT**

(71) Applicant: **Runway Blue, LLC**, Alpine, UT (US)

(72) Inventors: **David O. Meyers**, Layton, UT (US);
**John R. Omdahl, II**, Lindon, UT (US);
**Daniel Kendall Harden**, Palo Alto, CA
(US); **Elliot Lucas Ortiz**, San
Francisco, CA (US)

(73) Assignee: **Runway Blue, LLC**, Alpine, UT (US)

(\*\*) Term: **15 Years**

(21) Appl. No.: **29/731,210**

(22) Filed: **Apr. 13, 2020**

**Related U.S. Application Data**

(63) Continuation of application No. 29/602,291, filed on
Apr. 28, 2017, now Pat. No. Des. 884,416.

(51) **LOC (13) Cl.** ............................................... **07-99**
(52) **U.S. Cl.**
USPC ......................................... **D7/398**; D7/396.2
(58) **Field of Classification Search**
USPC ... D7/509–511, 396.2, 387, 396.1, 397, 608,
D7/300.1, 591, 529, 533–536; D9/434,
D9/435, 443, 447, 452, 503, 504
CPC ....... A47G 19/22; A47G 19/2205; A45F 3/16;
B65D 41/04; B65D 43/02
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,573,378 A | \* | 10/1951 | Zurlinden .......... B65D 47/0866 |
| | | | 215/235 |
| 3,770,160 A | | 11/1973 | Flider |
| D292,489 S | | 10/1987 | Kowollik et al. |
| 4,948,009 A | | 8/1990 | Sawatani |
| 5,318,203 A | | 6/1994 | Iaia et al. |
| D399,744 S | | 10/1998 | Gross |
| D413,514 S | \* | 9/1999 | Pericard ........................ D9/445 |
| D417,845 S | | 12/1999 | Sadlier et al. |
| D436,040 S | | 1/2001 | Warner et al. |
| D437,223 S | | 2/2001 | Coy et al. |
| 6,367,670 B1 | \* | 4/2002 | Warner .............. B65D 47/0804 |
| | | | 222/556 |
| D462,009 S | \* | 8/2002 | Poisson ........................ D9/448 |
| D476,892 S | | 7/2003 | Martin et al. |
| D530,202 S | | 10/2006 | Herald et al. |
| 7,124,917 B2 | | 10/2006 | Lee |
| D532,302 S | | 11/2006 | Moretti |
| D547,605 S | | 7/2007 | Edelstein et al. |
| | | (Continued) | |

OTHER PUBLICATIONS

U.S. Appl. No. 29/693,888, filed Jun. 5, 2019.
(Continued)

*Primary Examiner* — Susan E Krakower
*Assistant Examiner* — Andrew Kerr
(74) *Attorney, Agent, or Firm* — Sterne, Kessler,
Goldstein & Fox P.L.L.C.

(57) **CLAIM**

The ornamental design for a spout, as shown and described.

**DESCRIPTION**

FIG. **1** is a top front perspective view of a spout, showing the
claimed design;
FIG. **2** is a top rear perspective view thereof;
FIG. **3** is a front view thereof;
FIG. **4** is a rear view thereof;
FIG. **5** is a left side view thereof;
FIG. **6** is a right side view thereof;
FIG. **7** is a top view thereof; and,
FIG. **8** is a bottom view thereof.
The broken lines illustrate environmental structure and parts
of the article that form no part of the claimed design.

**1 Claim, 8 Drawing Sheets**



## US D911,104 S

Page 2

(56)                **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D547,607 | S | 7/2007 | Forsman |
| D562,065 | S | 2/2008 | Smaldone |
| D586,184 | S | 2/2009 | Miller et al. |
| D588,915 | S | 3/2009 | Lohrman et al. |
| D591,595 | S | 5/2009 | Tedford, Jr. |
| D601,017 | S | 9/2009 | Hungerford |
| 7,717,284 | B2 | 5/2010 | Giusti |
| D626,837 | S | 11/2010 | Meyers et al. |
| D626,838 | S | 11/2010 | Meyers et al. |
| D628,887 | S | 12/2010 | Groubert et al. |
| D628,890 | S | 12/2010 | Groubert et al. |
| D628,893 | S | 12/2010 | Groubert et al. |
| D636,672 | S | 4/2011 | Lohrman et al. |
| D649,878 | S | 12/2011 | Weiss |
| D649,879 | S | 12/2011 | Gullickson et al. |
| D652,256 | S | 1/2012 | Eyal |
| 8,146,770 | B2 | 4/2012 | Newman |
| D660,696 | S | 5/2012 | Weiss |
| D666,490 | S | 9/2012 | Leon |
| D677,121 | S | 3/2013 | Meyers et al. |
| D679,541 | S | 4/2013 | Samartgis |
| D682,034 | S | 5/2013 | El-Saden et al. |
| D686,870 | S | 7/2013 | Young |
| D696,551 | S | 12/2013 | Meyers et al. |
| D696,941 | S | 1/2014 | Kim |
| D696,942 | S | 1/2014 | Kim |
| D696,943 | S | 1/2014 | Kim |
| D704,053 | S | 5/2014 | Kim |
| D705,058 | S | 5/2014 | Kim |
| D707,124 | S | 6/2014 | Blain et al. |
| 8,770,435 | B2 | 7/2014 | Weiss |
| D711,230 | S | 8/2014 | den Boer |
| D713,723 | S | 9/2014 | den Boer |
| D713,724 | S | 9/2014 | den Boer |
| 8,833,582 | B1 | 9/2014 | Meyers |
| 8,833,586 | B2 | 9/2014 | Meyers et al. |
| D716,141 | S | 10/2014 | Rush |
| D716,657 | S | * 11/2014 | Caneer ........................ D9/443 |
| D719,780 | S | 12/2014 | Sullivan |
| D721,275 | S | 1/2015 | Thijssen et al. |
| D721,276 | S | 1/2015 | Herbst |
| D723,328 | S | 3/2015 | Steel |
| D723,332 | S | 3/2015 | Steel |
| D727,093 | S | 4/2015 | Lapsker |
| D729,569 | S | 5/2015 | Herbst et al. |
| 9,027,774 | B2 | 5/2015 | Palmer |
| D730,694 | S | 6/2015 | Elsaden et al. |
| D734,152 | S | 7/2015 | Hager et al. |
| D737,139 | S | 8/2015 | Sokoly |
| D739,183 | S | 9/2015 | Lane |
| D740,605 | S | 10/2015 | Wodka et al. |
| D741,637 | S | 10/2015 | Palermo et al. |
| D742,230 | S | 11/2015 | Charles |
| D745,827 | S | * 12/2015 | Sorensen ........................ D9/450 |
| D747,136 | S | 1/2016 | Lane et al. |
| D750,490 | S | 3/2016 | Moore et al. |
| D754,000 | S | 4/2016 | Wang |
| D754,535 | S | 4/2016 | Kim |
| D754,540 | S | 4/2016 | Wang |
| D758,127 | S | 6/2016 | Zhao |

| | | | |
|---|---|---|---|
| D761,649 | S | 7/2016 | Buck |
| 9,392,893 | B2 | 7/2016 | Sorensen et al. |
| D768,491 | S | * 10/2016 | Sorensen ........................ D9/449 |
| D781,703 | S | 3/2017 | Strachan |
| D782,310 | S | * 3/2017 | Li ................................. D9/449 |
| D793,154 | S | * 8/2017 | Sorensen .................. D7/392.1 |
| 9,790,007 | B2 | * 10/2017 | Sorensen .............. B65D 43/16 |
| D806,469 | S | 1/2018 | Palmer |
| D814,855 | S | 4/2018 | Hammer |
| 9,944,435 | B2 | 4/2018 | Mithal |
| D822,484 | S | 7/2018 | D'Amato |
| D831,482 | S | * 10/2018 | Meyers ........................ D9/447 |
| 10,172,488 | B2 | 1/2019 | Sorensen et al. |
| D852,625 | S | * 7/2019 | Meyers ........................ D9/447 |
| D855,402 | S | 8/2019 | Steinmann |
| D861,419 | S | 10/2019 | Omdahl et al. |
| D862,224 | S | * 10/2019 | Meyers ........................ D9/435 |
| D863,877 | S | 10/2019 | Meyers |
| D878,853 | S | * 3/2020 | Omdahl, II ................ D7/392.1 |
| 2002/0179604 | A1 | 12/2002 | Germain et al. |
| 2003/0052126 | A1 | 3/2003 | Zettle et al. |
| 2006/0226110 | A1 | 10/2006 | Choi et al. |
| 2008/0099514 | A1 | 5/2008 | Carter et al. |
| 2008/0257899 | A1 | 10/2008 | Whitaker et al. |
| 2010/0224631 | A1 | 9/2010 | Roth et al. |
| 2011/0017760 | A1 | 1/2011 | Newman |
| 2011/0139800 | A1 | 6/2011 | Urban |
| 2011/0253733 | A1 | * 10/2011 | Meyers ............... B65D 47/089 |
| | | | 220/833 |
| 2012/0055818 | A1 | 3/2012 | Zimmem |
| 2012/0061398 | A1 | 3/2012 | Nilsson |
| 2013/0062304 | A1 | 3/2013 | Meyers et al. |
| 2014/0069918 | A1 | 3/2014 | Meyers et al. |
| 2014/0299614 | A1 | 10/2014 | Mithal |
| 2014/0263324 | A1 | 11/2014 | Latham et al. |
| 2014/0360908 | A1 | 12/2014 | Sorensen et al. |
| 2015/0014322 | A1 | 1/2015 | Kim |
| 2015/0201773 | A1 | 7/2015 | Sorensen et al. |
| 2015/0201774 | A1 | 7/2015 | Sorensen et al. |
| 2015/0201775 | A1 | 7/2015 | Sorensen et al. |
| 2015/0329255 | A1 | 11/2015 | Rzepecki |
| 2016/0007780 | A1 | 1/2016 | Dolan et al. |
| 2017/0313478 | A1 | 11/2017 | El-Saden et al. |
| 2018/0050850 | A1 | 2/2018 | Murosky et al. |

### OTHER PUBLICATIONS

U.S. Appl. No. 29/703,302, filed Aug. 26, 2019.
Amazon Avana Ashbury Stainless Steel Double-Wall Insulated Water Bottle, Reportedly accessed Oct. 16, 2019, https://www.amazon.com/Avana-Ashbury-Stainless-Double-Wall-Insulated/dp/B07QK9J832/ref=cm_cr_arp_d_product_top?ie=UTF8.
Beachbody on Demand. 11 Water Bottles We're Lusting After. Dated Apr. 15, 2016. <Internet URL: https://www.beachbodyondemand.com/blog/11-water-bottles-were-lusting-after>.
Amazon. Duo Classic protein Shaker Bottle. Jul. 30, 2014 [alleged earliest online date], <Internet URL:https://www.amazon.com/Duo-Classic-Protein-Shaker-Bottle/dp/BOOJ9XRIEU?th=1>.
Amazon. Polar Bottle Thermaluxe Half-Twist Cap, https://www.amazon.com/Polar-Bottle-Thermaluxe-Half-Twist-Cap/dp/B07CQ4XDNS. Reportedly accessed May 14, 2019.

\* cited by examiner



*FIG. 1*



*FIG. 2*



*FIG. 3*



*FIG. 4*



*FIG. 5*



FIG. 6



*FIG. 7*



*FIG. 8*

US00D955166S

(12) **United States Design Patent**
Meyers et al.

(10) Patent No.: **US D955,166 S**
(45) Date of Patent: ** **Jun. 21, 2022**

(54) **SPOUT**

(71) Applicant: **Runway Blue, LLC**, Alpine, UT (US)

(72) Inventors: **David O. Meyers**, Layton, UT (US);
**John R. Omdahl, II**, Lindon, UT (US);
**Daniel Kendall Harden**, Palo Alto, CA
(US); **Elliot Lucas Ortiz**, San
Francisco, CA (US)

(73) Assignee: **Runway Blue, LLC**, Alpine, UT (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/768,922**

(22) Filed: **Feb. 2, 2021**

**Related U.S. Application Data**

(63) Continuation of application No. 29/731,210, filed on
Apr. 13, 2020, now Pat. No. Des. 911,104, which is
a continuation of application No. 29/602,291, filed on
Apr. 28, 2017, now Pat. No. Des. 884,416.

(51) **LOC (13) Cl.** ................................................. **07-99**
(52) **U.S. Cl.**
USPC ........................................................ **D7/398**
(58) **Field of Classification Search**
USPC ... D7/509–511, 396.2, 396, 387, 396.1, 397,
D7/608, 300.1, 591, 529, 533–536;
D9/434, 435, 443, 447, 452, 503, 504
CPC ....... A47G 19/22; A47G 19/2205; A45F 3/16;
B65D 41/04; B65D 43/02
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,573,378 | A | 10/1951 | Zurlinden |
| 3,770,160 | A | 11/1973 | Flider |
| D292,489 | S | 10/1987 | Kowollik et al. |
| 4,948,009 | A | 8/1990 | Sawatani |
| 5,318,203 | A | 6/1994 | Iaia et al. |
| D399,744 | S | 10/1998 | Gross |
| D413,514 | S | 9/1999 | Pericard et al. |
| D417,845 | S | 12/1999 | Sadlier et al. |
| D436,040 | S | 1/2001 | Warner et al. |
| D437,223 | S | 2/2001 | Coy et al. |
| 6,367,670 | B1 | 4/2002 | Warner et al. |
| D462,009 | S | 8/2002 | Poisson et al. |
| D476,892 | S | 7/2003 | Martin et al. |

(Continued)

OTHER PUBLICATIONS

Amazon. Avana Ashbury Stainless Steel Double-Wall Insulated
Water Bottle, Reportedly accessed Oct. 16, 2019, https://www.
amazon.com/Avana-Ashbury-Stainless-Double-Wall-Insulated/dp/
B07QK9J832/ref=cm_c_arp_d_product_top?ie=UTF8.

(Continued)

*Primary Examiner* — Andrew Kerr
(74) *Attorney, Agent, or Firm* — Sterne, Kessler,
Goldstein & Fox P.L.L.C.

(57) **CLAIM**

The ornamental design for a spout, as shown and described.

**DESCRIPTION**

FIG. **1** is a top front perspective view of a spout, showing the
claimed design;
FIG. **2** is a top rear perspective view thereof;
FIG. **3** is a front view thereof;
FIG. **4** is a rear view thereof;
FIG. **5** is a right side view thereof;
FIG. **6** is a left side view thereof;
FIG. **7** is a top view thereof; and,
FIG. **8** is a bottom view thereof.
The dashed broken lines illustrate environmental structure
and parts of the article that form no part of the claimed
design. The dot-dash broken lines illustrate boundaries of
the claimed design and form no part of the claimed design.

**1 Claim, 8 Drawing Sheets**



**US D955,166 S**

Page 2

(56)                    **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D530,202 | S | 10/2006 | Herald et al. |
| 7,124,917 | B2 | 10/2006 | Lee |
| D532,302 | S | 11/2006 | Moretti |
| D547,605 | S | 7/2007 | Edelstein et al. |
| D547,607 | S | 7/2007 | Forsman |
| D562,065 | S | 2/2008 | Smaldone |
| D586,184 | S | 2/2009 | Miller et al. |
| D588,915 | S | 3/2009 | Lohmlan et al. |
| D591,595 | S | 5/2009 | Tedford, Jr. |
| D601,017 | S | 9/2009 | Hungerford |
| 7,717,284 | B2 | 5/2010 | Giusti |
| D626,837 | S | 11/2010 | Meyers et al. |
| D626,838 | S | 11/2010 | Meyers et al. |
| D628,887 | S | 12/2010 | Groubert et al. |
| D628,890 | S | 12/2010 | Groubert et al. |
| D628,893 | S | 12/2010 | Groubert et al. |
| D636,672 | S | 4/2011 | Lohmlan et al. |
| D649,878 | S | 12/2011 | Weiss |
| D649,879 | S | 12/2011 | Gullickson et al. |
| D652,256 | S | 1/2012 | Eyal |
| 8,146,770 | B2 | 4/2012 | Newman |
| D660,696 | S | 5/2012 | Weiss |
| D666,490 | S | 9/2012 | Leon |
| D677,121 | S | 3/2013 | Meyers et al. |
| D679,541 | S | 4/2013 | Samartgis |
| D682,034 | S | 5/2013 | El-Saden et al. |
| D686,870 | S | 7/2013 | Young |
| D696,551 | S | 12/2013 | Meyers et al. |
| D696,941 | S | 1/2014 | Kim |
| D696,942 | S | 1/2014 | Kim |
| D696,943 | S | 1/2014 | Kim |
| D704,053 | S | 5/2014 | Kim |
| D705,058 | S | 5/2014 | Kim |
| D707,124 | S | 6/2014 | Blain et al. |
| 8,770,435 | B2 | 7/2014 | Weiss |
| D711,230 | S | 8/2014 | den Boer |
| D713,723 | S | 9/2014 | den Boer |
| D713,724 | S | 9/2014 | den Boer |
| 8,833,582 | B1 | 9/2014 | Meyers |
| 8,833,586 | B2 | 9/2014 | Meyers et al. |
| D716,141 | S | 10/2014 | Rush |
| D716,657 | S | 11/2014 | Caneer |
| D719,780 | S | 12/2014 | Sullivan |
| D721,275 | S | 1/2015 | Thijssen et al. |
| D721,276 | S | 1/2015 | Herbst |
| D723,328 | S | 3/2015 | Steel |
| D723,332 | S | 3/2015 | Steel |
| D727,093 | S | 4/2015 | Lapsker |
| D729,569 | S | 5/2015 | Herbst et al. |
| 9,027,774 | B2 | 5/2015 | Palmer |
| D730,694 | S | 6/2015 | Elsaden et al. |
| D734,152 | S | 7/2015 | Hager et al. |
| D737,139 | S | 8/2015 | Sokoly |
| D739,183 | S | 9/2015 | Lane |
| D740,605 | S | 10/2015 | Wodka et al. |
| D741,637 | S | 10/2015 | Palermo et al. |
| D742,230 | S | 11/2015 | Charles |
| D745,827 | S | 12/2015 | Sorensen et al. |
| D747,136 | S | 1/2016 | Lane et al. |
| D750,490 | S | 3/2016 | Moore et al. |
| D754,000 | S | 4/2016 | Wang |
| D754,535 | S | 4/2016 | Kim |
| D754,540 | S | 4/2016 | Wang |

| | | | | |
|---|---|---|---|---|
| D758,127 | S | | 6/2016 | Zhao |
| D761,649 | S | | 7/2016 | Buck |
| 9,392,893 | B2 | | 7/2016 | Sorensen et al. |
| D766,084 | S | * | 9/2016 | Jiang ............................. D9/448 |
| D768,491 | S | | 10/2016 | Sorensen et al. |
| D777,508 | S | * | 1/2017 | Goodwin ................... D7/392.1 |
| D781,703 | S | | 3/2017 | Strachan |
| D782,310 | S | | 3/2017 | Li |
| D793,154 | S | | 8/2017 | Sorensen et al. |
| 9,790,007 | B2 | | 10/2017 | Sorensen et al. |
| D806,469 | S | | 1/2018 | Palmer |
| D812,419 | S | * | 3/2018 | Yao ............................ D7/392.1 |
| D814,855 | S | | 4/2018 | Hammer |
| 9,944,435 | B2 | | 4/2018 | Mithal |
| D822,484 | S | | 7/2018 | D'Amato |
| D827,377 | S | * | 9/2018 | Silsby ........................... D7/510 |
| D831,482 | S | | 10/2018 | Meyers |
| 10,172,488 | B2 | | 1/2019 | Sorensen et al. |
| D852,625 | S | | 7/2019 | Meyers |
| D855,402 | S | | 8/2019 | Steinmann |
| D861,419 | S | | 10/2019 | Omdahl et al. |
| D862,224 | S | | 10/2019 | Meyers |
| D863,877 | S | | 10/2019 | Meyers |
| D866,250 | S | * | 11/2019 | Barber ...................... D7/392.1 |
| D878,853 | S | | 3/2020 | Omdahl, II et al. |
| D884,416 | S | | 5/2020 | Meyers et al. |
| D886,521 | S | | 6/2020 | Meyers |
| D887,267 | S | | 6/2020 | Meyers |
| D897,203 | S | * | 9/2020 | Furner ........................... D9/448 |
| D898,524 | S | * | 10/2020 | Mutch ......................... D7/598 |
| D900,605 | S | * | 11/2020 | Li ................................. D9/447 |
| D906,757 | S | * | 1/2021 | Omdahl, II ............ D7/396.2 |
| D922,138 | S | * | 6/2021 | Chen ......................... D7/392.1 |
| D925,279 | S | * | 7/2021 | Wang ....................... D7/396.2 |
| D932,827 | S | * | 10/2021 | Colegate .................. D7/392.1 |
| 2002/0179604 | A1 | | 12/2002 | Germain et al. |
| 2003/0052126 | A1 | | 3/2003 | Zettle et al. |
| 2006/0226110 | A1 | | 10/2006 | Choi et al. |
| 2008/0099514 | A1 | | 5/2008 | Carter et al. |
| 2008/0257899 | A1 | | 10/2008 | Whitaker et al. |
| 2010/0224631 | A1 | | 9/2010 | Roth et al. |
| 2011/0017760 | A1 | | 1/2011 | Newman |
| 2011/0139800 | A1 | | 6/2011 | Urban |
| 2011/0253733 | A1 | | 10/2011 | Meyers et al. |
| 2012/0055818 | A1 | | 3/2012 | Zimmem |
| 2012/0061398 | A1 | | 3/2012 | Nilsson |
| 2013/0062304 | A1 | | 3/2013 | Meyers et al. |
| 2014/0069918 | A1 | | 3/2014 | Meyers et al. |
| 2014/0299614 | A1 | | 10/2014 | Mithal |
| 2014/0263324 | A1 | | 11/2014 | Latham et al. |
| 2014/0360908 | A1 | | 12/2014 | Sorensen et al. |
| 2015/0014322 | A1 | | 1/2015 | Kim |
| 2015/0201773 | A1 | | 7/2015 | Sorensen et al. |
| 2015/0201774 | A1 | | 7/2015 | Sorensen et al. |
| 2015/0201775 | A1 | | 7/2015 | Sorensen et al. |
| 2015/0329255 | A1 | | 11/2015 | Rzepecki |
| 2016/0007780 | A1 | | 1/2016 | Dolan et al. |
| 2017/0313478 | A1 | | 11/2017 | El-Saden et al. |
| 2018/0050850 | A1 | | 2/2018 | Murosky et al. |

OTHER PUBLICATIONS

Amazon. Polar Bottle Thermaluxe Half-Twist Cap, https://www.
amazon.com/Polar-Bottle-Thermaluxe-Half-Twist-Cap/dp/
B07CQ4XDNS. Reportedly accessed May 14, 2019.

* cited by examiner



*FIG. 1*



*FIG. 2*



*FIG. 3*



*FIG. 4*



FIG. 5



FIG. 6



*FIG. 7*



*FIG. 8*

US00D996897S

(12) **United States Design Patent**
Meyers et al.

(10) Patent No.: **US D996,897 S**
(45) Date of Patent: ** **Aug. 29, 2023**

(54) **SPOUT**

(71) Applicant: **Runway Blue, LLC**, Alpine, UT (US)

(72) Inventors: **David O. Meyers**, Layton, UT (US);
**John R. Omdahl, II**, Lindon, UT (US);
**Daniel Kendall Harden**, Palo Alto, CA
(US); **Elliot Lucas Ortiz**, San
Francisco, CA (US)

(73) Assignee: **Runway Blue, LLC**, Alpine, UT (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/842,537**

(22) Filed: **Jun. 14, 2022**

**Related U.S. Application Data**

(63) Continuation of application No. 29/768,922, filed on
Feb. 2, 2021, now Pat. No. Des. 955,166, which is
a continuation of application No. 29/731,210, filed on
Apr. 13, 2020, now Pat. No. Des. 911,104, which is
a continuation of application No. 29/602,291, filed on
Apr. 28, 2017, now Pat. No. Des. 884,416.

(51) **LOC (14) Cl.** ............................................. **07-99**
(52) **U.S. Cl.**
USPC ........................................................ **D7/398**
(58) **Field of Classification Search**
USPC ... D7/509–511, 396.2, 396, 387, 396.1, 398,
D7/397, 608, 300.1, 591, 529, 533–536;
D9/434, 435, 443, 447, 452, 503, 504
CPC ....... A47G 19/22; A47G 19/2205; A45F 3/16;
B65D 41/04; B65D 43/02
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,573,378 A | 10/1951 | Zurlinden |
| 3,770,160 A | 11/1973 | Flider |
| D292,489 S | 10/1987 | Kowollik et al. |
| 4,948,009 A | 8/1990 | Sawatani |
| 5,318,203 A | 6/1994 | Iaia et al. |
| D399,744 S | 10/1998 | Gross |
| D413,514 S | 9/1999 | Pericard |
| D417,845 S | 12/1999 | Sadlier et al. |
| D436,040 S | 1/2001 | Warner et al. |
| D437,223 S | 2/2001 | Coy et al. |
| 6,367,670 B1 | 4/2002 | Warner et al. |
| D462,009 S | 8/2002 | Poisson et al. |
| D476,892 S | 7/2003 | Martin et al. |

(Continued)

OTHER PUBLICATIONS

Amazon. Avana Ashbury Stainless Steel Double-Wall Insulated
Water Bottle, Reportedly accessed Oct. 16, 2019, https://www.
amazon.com/Avana-Ashbury-Stainless-Double-Wall-Insulated/dp/
B07QK9J832/ref=cm_er_arp_d_product_top?ie=UTF8.

(Continued)

*Primary Examiner* — Andrew Kerr
(74) *Attorney, Agent, or Firm* — Sterne, Kessler,
Goldstein & Fox P.L.L.C.

(57) **CLAIM**

The ornamental design for a spout, as shown and described.

**DESCRIPTION**

FIG. **1** is a top front perspective view of a spout, showing the
claimed design;
FIG. **2** is a top rear perspective view thereof;
FIG. **3** is a front view thereof;
FIG. **4** is a rear view thereof;
FIG. **5** is a left side view thereof;
FIG. **6** is a right side view thereof;
FIG. **7** is a top view thereof; and,
FIG. **8** is a bottom view thereof.
The broken lines illustrate environmental structure and parts
of the article that form no part of the claimed design.

**1 Claim, 8 Drawing Sheets**



# US D996,897 S
Page 2

(56)                    References Cited

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 7,073,678 B1 * | 7/2006 | Dibdin | A47G 19/2272 |
| | | | 222/548 |
| D530,202 S | 10/2006 | Herald et al. | |
| 7,124,917 B2 | 10/2006 | Lee | |
| D532,302 S | 11/2006 | Moretti | |
| D547,605 S | 7/2007 | Edelstein et al. | |
| D547,607 S | 7/2007 | Forsman | |
| D562,065 S | 2/2008 | Smaldone | |
| D586,184 S | 2/2009 | Miller et al. | |
| D588,915 S | 3/2009 | Lohmlan et al. | |
| D591,595 S | 5/2009 | Tedford, Jr. | |
| D601,017 S | 9/2009 | Hungerford | |
| 7,717,284 B2 | 5/2010 | Giusti | |
| D626,837 S | 11/2010 | Meyers et al. | |
| D626,838 S | 11/2010 | Meyers et al. | |
| D628,887 S | 12/2010 | Groubert et al. | |
| D628,890 S | 12/2010 | Groubert et al. | |
| D628,893 S | 12/2010 | Groubert et al. | |
| D636,672 S | 4/2011 | Lohrman et al. | |
| D649,878 S | 12/2011 | Weiss | |
| D649,879 S | 12/2011 | Gullickson et al. | |
| D652,256 S | 1/2012 | Eyal | |
| 8,146,770 B2 | 4/2012 | Newman | |
| D660,696 S | 5/2012 | Weiss | |
| D666,490 S | 9/2012 | Leon | |
| D677,121 S | 3/2013 | Meyers et al. | |
| D679,541 S | 4/2013 | Samartgis | |
| D682,034 S | 5/2013 | El-Saden et al. | |
| D686,870 S | 7/2013 | Young | |
| D696,551 S | 12/2013 | Meyers et al. | |
| D696,941 S | 1/2014 | Kim | |
| D696,942 S | 1/2014 | Kim | |
| D696,943 S | 1/2014 | Kim | |
| D704,053 S | 5/2014 | Kim | |
| D705,058 S | 5/2014 | Kim | |
| D707,124 S | 6/2014 | Blain et al. | |
| 8,770,435 B2 | 7/2014 | Weiss | |
| D711,230 S | 8/2014 | den Boer | |
| D713,723 S | 9/2014 | den Boer | |
| D713,724 S | 9/2014 | den Boer | |
| 8,833,582 B1 | 9/2014 | Meyers | |
| 8,833,586 B2 | 9/2014 | Meyers et al. | |
| D716,141 S | 10/2014 | Rush | |
| D716,657 S | 11/2014 | Caneer | |
| D719,780 S | 12/2014 | Sullivan | |
| D721,275 S | 1/2015 | Thijssen et al. | |
| D721,276 S | 1/2015 | Herbst | |
| D723,328 S | 3/2015 | Steel | |
| D723,332 S | 3/2015 | Steel | |
| D727,093 S | 4/2015 | Lapsker | |
| D729,569 S | 5/2015 | Herbst et al. | |
| 9,027,774 B2 | 5/2015 | Palmer | |
| D730,694 S | 6/2015 | Elsaden et al. | |
| D734,152 S | 7/2015 | Hager et al. | |
| D737,139 S | 8/2015 | Sokoly | |
| D739,183 S | 9/2015 | Lane | |
| D740,605 S | 10/2015 | Wodka et al. | |
| D741,637 S | 10/2015 | Palermo et al. | |
| D742,230 S | 11/2015 | Charles | |
| D745,827 S | 12/2015 | Sorensen et al. | |
| D747,136 S | 1/2016 | Lane et al. | |
| D747,624 S * | 1/2016 | Walker | D7/392.1 |
| D750,490 S | 3/2016 | Moore et al. | |
| D754,000 S | 4/2016 | Wang | |
| D754,535 S | 4/2016 | Kim | |
| D754,540 S | 4/2016 | Wang | |
| D756,702 S * | 5/2016 | Joseph | D7/392.1 |
| D758,127 S | 6/2016 | Zhao | |
| D761,649 S | 7/2016 | Buck | |
| 9,392,893 B2 | 7/2016 | Sorensen et al. | |
| D768,491 S | 10/2016 | Sorensen et al. | |
| D779,872 S * | 2/2017 | Bergström | D9/449 |
| D781,703 S | 3/2017 | Strachan | |
| D782,310 S | 3/2017 | Li | |
| D793,154 S | 8/2017 | Sorensen et al. | |
| D795,006 S * | 8/2017 | Heiberger | D7/392.1 |
| 9,790,007 B2 | 10/2017 | Sorensen et al. | |
| D806,469 S | 1/2018 | Palmer | |
| D814,855 S | 4/2018 | Hammer | |
| 9,944,435 B2 | 4/2018 | Mithal | |
| D822,484 S | 7/2018 | D'Amato | |
| D831,482 S | 10/2018 | Meyers | |
| 10,172,488 B2 | 1/2019 | Sorensen et al. | |
| D852,625 S | 7/2019 | Meyers | |
| D855,402 S | 8/2019 | Steinmann | |
| D861,519 S | 10/2019 | Omdahl et al. | |
| D862,224 S | 10/2019 | Meyers | |
| D863,877 S | 10/2019 | Meyers | |
| D878,853 S | 3/2020 | Omdahl et al. | |
| D884,416 S | 5/2020 | Meyers et al. | |
| D886,521 S | 6/2020 | Meyers | |
| D887,202 S * | 6/2020 | Wadsworth | D9/449 |
| D887,267 S | 6/2020 | Meyers | |
| D911,104 S | 2/2021 | Meyers et al. | |
| D925,279 S * | 7/2021 | Wang | D7/396.2 |
| D981,849 S * | 3/2023 | Qiu | D7/392.1 |
| 2002/0179604 A1 | 12/2002 | Germain et al. | |
| 2003/0052126 A1 | 3/2003 | Zettle et al. | |
| 2006/0226110 A1 | 10/2006 | Choi et al. | |
| 2008/0099514 A1 | 5/2008 | Carter et al. | |
| 2008/0257899 A1 | 10/2008 | Whitaker et al. | |
| 2010/0224631 A1 | 9/2010 | Roth et al. | |
| 2011/0017760 A1 | 1/2011 | Newman | |
| 2011/0139800 A1 | 6/2011 | Urban | |
| 2011/0253733 A1* | 10/2011 | Meyers | B65D 47/089 |
| | | | 220/849 |
| 2012/0055818 A1 | 3/2012 | Zimmern | |
| 2012/0061398 A1 | 3/2012 | Nilsson | |
| 2013/0062304 A1 | 3/2013 | Meyers et al. | |
| 2014/0069918 A1 | 3/2014 | Meyers et al. | |
| 2014/0263324 A1 | 9/2014 | Latham et al. | |
| 2014/0299614 A1 | 10/2014 | Mithal | |
| 2014/0360908 A1 | 12/2014 | Sorensen et al. | |
| 2015/0014322 A1 | 1/2015 | Kim | |
| 2015/0201773 A1 | 7/2015 | Sorensen et al. | |
| 2015/0201774 A1 | 7/2015 | Sorensen et al. | |
| 2015/0201775 A1 | 7/2015 | Sorensen et al. | |
| 2015/0329255 A1 | 11/2015 | Rzepecki | |
| 2016/0007780 A1 | 1/2016 | Dolan et al. | |
| 2017/0007076 A1* | 1/2017 | Sorensen | A47J 43/14 |
| 2017/0313478 A1 | 11/2017 | El-Saden et al. | |
| 2018/0050850 A1 | 2/2018 | Murosky et al. | |

OTHER PUBLICATIONS

Beachbody on Demand. 11 Water Bottles We're Lusting After. Dated Apr. 15, 2016. <Internet URL: https://www.beachbodyondemand. com/blog/11-water-bottles-were-lusting-after>.
Amazon. Duo Classic protein Shaker Bottle. Jul. 30, 2014 [alleged earliest online date], <Internet URL: https://www.amazon.com/Duo-Classic-Protein-Shaker-Bottle/dp/BOOJ9XRIEU?th= 1>.
Amazon. Polar Bottle Thermaluxe Half-Twist Cap, https://www. amazon.com/Polar-Bottle-Thermaluxe-Half-Twist-Cap/dp/ B07CQ4XDNS. Reportedly accessed May 14, 2019.

* cited by examiner



*FIG. 1*



*FIG. 2*



*FIG. 3*



*FIG. 4*



*FIG. 5*



*FIG. 6*



*FIG. 7*



*FIG. 8*

US0D1034056S

(12) **United States Design Patent**   (10) Patent No.:   **US D1,034,056 S**

Omdahl, II et al.   (45) **Date of Patent:**   ✱✱   **Jul. 9, 2024**

(54) **CONTAINER LID**

(71) Applicant: **Runway Blue, LLC**, Alpine, UT (US)

(72) Inventors: **John R. Omdahl, II**, Lindon, UT (US);
**Jim Allen Colby**, Highland, UT (US);
**David O. Meyers**, Layton, UT (US);
**David Bytheway**, Springville, UT (US)

(73) Assignee: **Runway Blue, LLC**, Alpine, UT (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/806,419**

(22) Filed: **Sep. 2, 2021**

(51) **LOC (14) Cl.** ............................................... **07-99**
(52) **U.S. Cl.**
USPC ...................................................... **D7/396.2**
(58) **Field of Classification Search**
USPC .......... D7/396.2, 300.1, 608, 509, 511, 510,
D7/523, 591, 597, 598, 543, 300, 605,
D7/392, 387, 396.1, 397
CPC .. A47G 19/22; A47G 19/228; A47G 19/2216;
A47G 19/2222; A47G 19/2205; A47G
19/2266; A47G 19/2272; A47J 43/02;
A47J 43/27; A47J 31/02; B65D 41/02;
B65D 41/04; B65D 41/06; B65D 41/26;
B65D 41/056; B65D 23/102
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 3,106,312 A | * | 10/1963 | Hitchcock | ............. | A47G 19/2266 |
| | | | | | 215/229 |
| 3,240,415 A | * | 3/1966 | Pugh | .................... | B65D 77/283 |
| | | | | | 229/125.25 |
| 4,247,016 A | * | 1/1981 | Shaw | .................... | B65D 77/28 |
| | | | | | 220/709 |
| 4,485,963 A | * | 12/1984 | Panicci | ............. | A47G 19/2266 |
| | | | | | 222/536 |
| 4,494,668 A | * | 1/1985 | Lottick | ............. | A47G 19/2288 |
| | | | | | 215/229 |

| | | | | | |
|---|---|---|---|---|---|
| 5,071,019 A | * | 12/1991 | Sizemore | ............... | B65D 51/20 |
| | | | | | 215/229 |
| D353,972 S | * | 1/1995 | Robling | .......................... | D7/510 |
| 6,394,302 B1 | * | 5/2002 | Query, Jr. | ......... | A47G 19/2272 |
| | | | | | 220/709 |
| D700,513 S | * | 3/2014 | Carsrud | .................... | D9/447 |
| 9,526,363 B2 | * | 12/2016 | Jorge | .................... | B65D 51/24 |

(Continued)

OTHER PUBLICATIONS

Zak Designs 15oz Bluey, available in amazon.com, date first available May 5, 2021, site visited Jun. 16, 2023, Internet URL: <https://www.amazon.com/Zak-Designs-BPA-Free-Leak-Proof-Silicone/dp/B08XWQFRCH/ref=sr_1_60?crid=3VF27LZMJ7B7V&keywords=straw%2BCUP&qid=1686869286&sprefix> (Year: 2021).*

(Continued)

*Primary Examiner* — Andrew Kerr
*Assistant Examiner* — Courtney Clark-Rasheed
(74) *Attorney, Agent, or Firm* — Sterne, Kessler, Goldstein & Fox P.L.L.C.

(57) **CLAIM**

The ornamental design for a container lid, as shown and described.

**DESCRIPTION**

FIG. **1** is a top front perspective view of a container lid showing the claimed design;
FIG. **2** is another top perspective view thereof;
FIG. **3** is a bottom perspective view thereof;
FIG. **4** is a front view thereof;
FIG. **5** is a rear view thereof;
FIG. **6** is a left side view thereof;
FIG. **7** is a right side view thereof;
FIG. **8** is a top view thereof; and,
FIG. **9** is a bottom view thereof.
The broken lines in the figures show portions of the container lid that form no part of the claimed design.

**1 Claim, 8 Drawing Sheets**



**US D1,034,056 S**

Page 2

(56)            **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D799,272 S | * | 10/2017 | Pisarevsky | B65D 51/002 |
| | | | | D7/511 |
| 10,220,984 B1 | * | 3/2019 | Vigoureux | B65D 41/22 |
| D855,390 S | * | 8/2019 | Lullie | D7/392.1 |
| D873,603 S | * | 1/2020 | Diener | A47G 19/2288 |
| | | | | D7/392.1 |
| D891,866 S | * | 8/2020 | Ames | B65D 51/20 |
| | | | | D7/510 |
| D921,208 S | * | 6/2021 | Kwon | D7/300.2 |
| D933,423 S | * | 10/2021 | Ames | B65D 51/24 |
| | | | | D7/510 |
| D981,789 S | * | 3/2023 | Zhu | D7/510 |
| 11,712,124 B2 | * | 8/2023 | Bullock | A47G 19/2222 |
| | | | | 220/709 |
| 2017/0055743 A1 | * | 3/2017 | Jorge | A47G 21/18 |
| 2017/0251848 A1 | * | 9/2017 | Coon | A47G 19/2272 |
| 2017/0251850 A1 | * | 9/2017 | Coon | B65D 51/002 |
| 2018/0099805 A1 | * | 4/2018 | Johnson | B65D 81/3205 |
| 2018/0296009 A1 | * | 10/2018 | Wang-Wu | B65D 51/245 |
| 2020/0024039 A1 | * | 1/2020 | Chou | B65D 43/0222 |
| 2020/0085217 A1 | * | 3/2020 | Heiberger | B65D 51/24 |

OTHER PUBLICATIONS

Zak.com. Pinkfong 15 ounce Plastic Tumbler with Lid and Straw, Baby Shark, 2-piece set, Internet Archive date of Jun. 12, 2021, http://web.archive.org/web/20210612201055/https://www.zak.com/product-amz/pinkfong-baby-shark-15-oz-plastic-cups-B0919MDQS8.

* cited by examiner



*FIG. 1*



*FIG. 2*



*FIG. 3*



*FIG. 4*



*FIG. 5*



*FIG. 6*



*FIG. 7*



FIG. 8



FIG. 9

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.         : D1,034,056 S                                     Page 1 of 1
APPLICATION NO.   : 29/806419
DATED               : July 9, 2024
INVENTOR(S)      : John R. Omdahl, II

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

In the Specification

In the Description section, Lines 11-12, change:
"The broken lines in the figures show portions of the container lid that form no part of the claimed design."
To:
--The broken lines in the figures show portions and structural environment of the container lid that form no part of the claimed design.--

Signed and Sealed this
Thirty-first Day of December, 2024

Derrick Brent
*Acting Director of the United States Patent and Trademark Office*

US0D1036196S

(12) **United States Design Patent**
Meyers et al.

(10) **Patent No.:**   **US D1,036,196 S**
(45) **Date of Patent:**   \*\*   **Jul. 23, 2024**

(54) **SPOUT**

(71) Applicant: **Runway Blue, LLC**, Alpine, UT (US)

(72) Inventors: **David O. Meyers**, Layton, UT (US);
**John R. Omdahl, II**, Lindon, UT (US);
**Daniel Kendall Harden**, Palo Alto, CA
(US); **Elliot Lucas Ortiz**, San
Francisco, CA (US)

(73) Assignee: **Runway Blue, LLC**, Alpine, UT (US)

(\*\*) Term: **15 Years**

(21) Appl. No.: **29/880,031**

(22) Filed: **Jul. 17, 2023**

**Related U.S. Application Data**

(63) Continuation of application No. 29/842,537, filed on
Jun. 14, 2022, now Pat. No. Des. 996,897, which is a
continuation of application No. 29/768,922, filed on
Feb. 2, 2021, now Pat. No. Des. 955,166, which is a
continuation of application No. 29/731,210, filed on
Apr. 13, 2020, now Pat. No. Des. 911,104, which is
a continuation of application No. 29/602,291, filed on
Apr. 28, 2017, now Pat. No. Des. 884,416.

(51) **LOC (14) Cl.**   ................................................ **07-06**
(52) **U.S. Cl.**
USPC   ......................................................... **D7/398**
(58) **Field of Classification Search**
USPC   ... D7/509–511, 396.2, 396, 387, 396.1, 398,
D7/397, 608, 300.1, 591, 529, 533–536;
D9/434, 435, 443, 447, 452, 503, 504
CPC   ....... A47G 19/22; A47G 19/2205; A45F 3/16;
B65D 41/04; B65D 43/02
See application file for complete search history.

(56)   **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,573,378 | A | 10/1951 | Zurlinden |
| 3,770,160 | A | 11/1973 | Flider |
| D292,489 | S | 10/1987 | Kowollik et al. |
| 4,948,009 | A | 8/1990 | Sawatani |
| 5,318,203 | A | 6/1994 | Iaia et al. |
| D399,744 | S | 10/1998 | Gross |
| D413,514 | S | 9/1999 | Pericard |
| D417,845 | S | 12/1999 | Sadlier et al. |
| D436,040 | S | 1/2001 | Warner et al. |

(Continued)

OTHER PUBLICATIONS

Amazon. Avana Ashbury Stainless Steel Double-Wall Insulated
Water Bottle, Reportedly accessed Oct. 16, 2019, https://www.
amazon.com/Avana-Ashbury-Stainless-Double-Wall-Insulated/dp/
B07QK9J832/ref=cm_er_arp_d_product_top?ie=UTF8.

(Continued)

*Primary Examiner* — Andrew Kerr
(74) *Attorney, Agent, or Firm* — Sterne, Kessler,
Goldstein & Fox P.L.L.C.

(57)   **CLAIM**

The ornamental design for a spout, as shown and described.

**DESCRIPTION**

FIG. **1** is a top front perspective view of a spout, showing the
claimed design;
FIG. **2** is a top rear perspective view thereof;
FIG. **3** is a front view thereof;
FIG. **4** is a rear view thereof;
FIG. **5** is a left side view thereof;
FIG. **6** is a right side view thereof;
FIG. **7** is a top view thereof; and,
FIG. **8** is a bottom view thereof.
The dashed broken lines illustrate environmental structure
and parts of the article that form no part of the claimed
design. The dot-dash broken lines illustrate boundaries of
the claimed design and form no part of the claimed design.

**1 Claim, 8 Drawing Sheets**



## US D1,036,196 S

Page 2

(56)         **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D437,223 | S | 2/2001 | Coy et al. |
| 6,367,670 | B1 | 4/2002 | Warner et al. |
| D462,009 | S | 8/2002 | Poisson et al. |
| D476,892 | S | 7/2003 | Martin et al. |
| 7,073,678 | B1 * | 7/2006 | Dibdin ............... A47G 19/2272 |
| | | | 222/548 |
| D530,202 | S | 10/2006 | Herald et al. |
| 7,124,917 | B2 | 10/2006 | Lee |
| D532,302 | S | 11/2006 | Moretti |
| D547,605 | S | 7/2007 | Edelstein et al. |
| D547,607 | S | 7/2007 | Forsman |
| D562,065 | S | 2/2008 | Smaldone |
| D586,184 | S | 2/2009 | Miller et al. |
| D588,915 | S | 3/2009 | Lohmlan et al. |
| D591,595 | S | 5/2009 | Tedford, Jr. |
| D601,017 | S | 9/2009 | Hungerford |
| 7,717,284 | B2 | 5/2010 | Giusti |
| D626,837 | S | 11/2010 | Meyers et al. |
| D626,838 | S | 11/2010 | Meyers et al. |
| D628,887 | S | 12/2010 | Groubert et al. |
| D628,890 | S | 12/2010 | Groubert et al. |
| D628,893 | S | 12/2010 | Groubert et al. |
| D636,672 | S | 4/2011 | Lohmlan et al. |
| D649,878 | S | 12/2011 | Weiss |
| D649,879 | S | 12/2011 | Gullickson et al. |
| D652,256 | S | 1/2012 | Eyal |
| 8,146,770 | B2 | 4/2012 | Newman |
| D660,696 | S | 5/2012 | Weiss |
| D666,490 | S | 9/2012 | Leon |
| D677,121 | S | 3/2013 | Meyers et al. |
| D679,541 | S | 4/2013 | Samartgis |
| D682,034 | S | 5/2013 | El-Saden et al. |
| D686,870 | S | 7/2013 | Young |
| D696,551 | S | 12/2013 | Meyers et al. |
| D696,941 | S | 1/2014 | Kim |
| D696,942 | S | 1/2014 | Kim |
| D696,943 | S | 1/2014 | Kim |
| D704,053 | S | 5/2014 | Kim |
| D705,058 | S | 5/2014 | Kim |
| D707,124 | S | 6/2014 | Blain et al. |
| 8,770,435 | B2 | 7/2014 | Weiss |
| D711,230 | S | 8/2014 | den Boer |
| D713,723 | S | 9/2014 | den Boer |
| D713,724 | S | 9/2014 | den Boer |
| 8,833,582 | B1 | 9/2014 | Meyers |
| 8,833,586 | B2 | 9/2014 | Meyers et al. |
| D716,141 | S | 10/2014 | Rush |
| D716,657 | S | 11/2014 | Caneer |
| D719,780 | S | 12/2014 | Sullivan |
| D721,275 | S | 1/2015 | Thijssen et al. |
| D721,276 | S | 1/2015 | Herbst |
| D723,328 | S | 3/2015 | Steel |
| D723,332 | S | 3/2015 | Steel |
| D727,093 | S | 4/2015 | Lapsker |
| D729,569 | S | 5/2015 | Herbst et al. |
| 9,027,774 | B2 | 5/2015 | Palmer |
| D730,694 | S | 6/2015 | Elsaden et al. |
| D734,152 | S | 7/2015 | Hager et al. |
| D737,139 | S | 8/2015 | Sokoly |
| D739,183 | S | 9/2015 | Lane |
| D740,605 | S | 10/2015 | Wodka et al. |
| D741,637 | S | 10/2015 | Palermo et al. |
| D742,230 | S | 11/2015 | Charles |
| D745,827 | S | 12/2015 | Sorensen et al. |
| D747,136 | S | 1/2016 | Lane et al. |
| D747,624 | S * | 1/2016 | Walker ........................ D7/392.1 |
| D750,490 | S | 3/2016 | Moore et al. |
| D754,000 | S | 4/2016 | Wang |
| D754,535 | S | 4/2016 | Kim |
| D754,540 | S | 4/2016 | Wang |
| D756,702 | S * | 5/2016 | Joseph ........................ D7/392.1 |
| D758,127 | S | 6/2016 | Zhao |
| D761,649 | S | 7/2016 | Buck |
| 9,392,893 | B2 | 7/2016 | Sorensen et al. |
| D768,491 | S | 10/2016 | Sorensen et al. |
| D779,872 | S * | 2/2017 | Bergström .................... D9/449 |
| D781,703 | S | 3/2017 | Strachan |
| D782,310 | S | 3/2017 | Li |
| D793,154 | S | 8/2017 | Sorensen et al. |
| D795,006 | S * | 8/2017 | Heiberger ................... D7/392.1 |
| 9,790,007 | B2 | 10/2017 | Sorensen et al. |
| D806,469 | S | 1/2018 | Palmer |
| D814,855 | S | 4/2018 | Hammer |
| 9,944,435 | B2 | 4/2018 | Mithal |
| D822,484 | S | 7/2018 | D'Amato |
| D831,482 | S | 10/2018 | Meyers |
| 10,172,488 | B2 | 1/2019 | Sorensen et al. |
| D855,402 | S | 8/2019 | Steinman |
| D861,419 | S | 10/2019 | Omdahl et al. |
| D862,224 | S | 10/2019 | Meyers |
| D863,877 | S | 10/2019 | Meyers |
| D878,853 | S | 3/2020 | Omdahl et al. |
| D884,416 | S | 5/2020 | Meyers et al. |
| D886,521 | S | 6/2020 | Meyers |
| D887,202 | S * | 6/2020 | Wadsworth .................... D9/449 |
| D887,267 | S | 6/2020 | Meyers |
| D911,104 | S * | 2/2021 | Meyers ........................ D7/398 |
| D925,279 | S * | 7/2021 | Wang ........................ D7/396.2 |
| D981,849 | S * | 3/2023 | Qiu ........................ D7/392.1 |
| 2002/0179604 | A1 | 12/2002 | Germain et al. |
| 2003/0052126 | A1 | 3/2003 | Zettle et al. |
| 2006/0226110 | A1 | 10/2006 | Choi et al. |
| 2008/0099514 | A1 | 5/2008 | Carter et al. |
| 2008/0257899 | A1 | 10/2008 | Whitaker et al. |
| 2010/0224631 | A1 | 9/2010 | Roth et al. |
| 2011/0017760 | A1 | 1/2011 | Newman |
| 2011/0139800 | A1 | 6/2011 | Urban |
| 2011/0253733 | A1 * | 10/2011 | Meyers ............... B65D 47/089 |
| | | | 220/849 |
| 2012/0055818 | A1 | 3/2012 | Zimmem |
| 2012/0061398 | A1 | 3/2012 | Nilsson |
| 2013/0062304 | A1 | 3/2013 | Meyers et al. |
| 2014/0069918 | A1 | 3/2014 | Meyers et al. |
| 2014/0299614 | A1 | 10/2014 | Mithal |
| 2014/0263324 | A1 | 11/2014 | Latham et al. |
| 2014/0360908 | A1 | 12/2014 | Sorensen et al. |
| 2015/0014322 | A1 | 1/2015 | Kim |
| 2015/0201773 | A1 | 7/2015 | Sorensen et al. |
| 2015/0201774 | A1 | 7/2015 | Sorensen et al. |
| 2015/0201775 | A1 | 7/2015 | Sorensen et al. |
| 2015/0329255 | A1 | 11/2015 | Rzepecki |
| 2016/0007780 | A1 | 1/2016 | Dolan et al. |
| 2017/0007076 | A1 * | 1/2017 | Sorensen ............... A47J 43/14 |
| 2017/0313478 | A1 | 11/2017 | Ei-Saden et al. |
| 2018/0050850 | A1 | 2/2018 | Murosky et al. |

### OTHER PUBLICATIONS

Beachbody on Demand. 11 Water Bottles We're Lusting After. Dated Apr. 15, 2016. <Internet URL: https://www.beachbodyondemand.com/blog/11-water-bottles-were-lusting-after>.

Amazon. Duo Classic protein Shaker Bottle. Jul. 30, 2014 [alleged earliest online date], <Internet URL: https://www.amazon.com/Duo-Classic-Protein-Shaker-Bottle/dp/BOOJ9XRIEU?th= 1>.

Amazon. Polar Bottle Thermaluxe Half-Twist Cap, https://www.amazon.com/Polar-Bottle-Thermaluxe-Half-Twist-Cap/dp/B07CQ4XDNS. Reportedly accessed May 14, 2019.

* cited by examiner



*FIG. 1*



*FIG. 2*



FIG. 3



*FIG. 4*



FIG. 5



FIG. 6



*FIG. 7*



*FIG. 8*