UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 25-cv-25914-KMW

TROVE BRANDS, LLC and
RUNWAY BLUE, LLC,

    Plaintiffs,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE A,

    Defendants.

_____/

**PLAINTIFFS' NOTICE OF PENDING, REFILED, RELATED OR SIMILAR ACTIONS**

Pursuant to S.D. Fla. Local Rule 3.8, TROVE BRANDS, LLC and RUNWAY BLUE, LLC (collectively, "Plaintiffs") give notice of the following Pending, Refiled, Related or Similar Actions:

1. *Trove Brands, LLC v. Trrs Magnate LLC*, No. 2:23-cv-00137 (E.D. Cal. Jan. 24, 2023);

2. *Trove Brands, LLC et al v. Gomoyo LLC*, No. 2:25-cv-01841 (D. Nev. Sep 29, 2025);

3. *Trove Brands LLC et al v. RUMI, LLC et al.*, No. 2:25-cv-09248 (C.D. Cal. Sep 26, 2025); and

4. *Trove Brands, LLC v. d/b/a The Blenderbottle Co. et al. v. Rumi, LLC et al.*, No. 6:25-cv-01580 (W.D. La.. Oct. 21, 2025).

Dated: December 16, 2025									Respectfully submitted,

                                                     **BOIES SCHILLER FLXNER LLP**

By:  /s/ *Valeria Munoz*
Valeria Munoz (FL Bar No. 1059554)
100 SE 2nd Street, Suite 2800
Miami, FL 33131
Tel: (305) 357-8433
Email: vmunoz@bsfllp.com

*Attorney for Plaintiffs Trove Brands, LLC and Runway Blue, LLC*