**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 25-cv-25914-KMW

TROVE BRANDS, LLC and
RUNWAY BLUE, LLC,

    Plaintiffs,

  v.

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE A,

    Defendants.

_____/

**PLAINTIFFS' CERTIFICATE OF INTERESTED**
**PARTIES AND CORPORATE DISCLOSURE STATEMENT**

Plaintiffs TROVE BRANDS, LLC and RUNWAY BLUE, LLC, by undersigned counsel and pursuant to Fed. R. Civ. P. 7.1, hereby submit their Certificate of Interested Parties and Corporate Disclosure Statement.

**I.   Interested Parties**

The persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including all subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party include:

    A.    Trove Brands, LLC, Plaintiff, Parent Company

    B.    Runway Blue, LLC, Plaintiff, Subsidiary of Trove Brands, LLC

    C.    Plaintiff's counsel, Boies Schiller Flexner LLP

    D.    The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A, Defendants

II. **Corporate Disclosure Statement**

Plaintiffs, Trove Brands, LLC and Runway Blue, LLC, are limited liability companies organized under the laws of the State of Utah. Runway Blue, LLC hereby certifies that it is a wholly owned subsidiary of Trove Brands, LLC. Trove Brands, LLC hereby certifies that it is not a subsidiary of any corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: December 16, 2025

Respectfully submitted,

**BOIES SCHILLER FLEXNER LLP**

By: */s/ Valeria Munoz*
Valeria Munoz (FL Bar No. 1059554)
100 SE 2nd Street, Suite 2800
Miami, FL 33131
Tel: (305) 357-8433
Email: vmunoz@bsfllp.com

*Attorney for Plaintiffs TROVE BRANDS, LLC and RUNWAY BLUE, LLC*