## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No.: 25-cv-25914-KMW

TROVE BRANDS, LLC and
RUNWAY BLUE, LLC

    Plaintiffs,

  v.

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE A,

    Defendants.

_____/

## [PROPOSED] ORDER

**THIS MATTER** comes before the Court on the Plaintiffs' Motion to File Under Seal. The Plaintiffs request that Schedule "A" to Plaintiffs' Complaint be filed under seal until the Court has the opportunity to rule on the Plaintiffs' request for temporary *ex parte* relief and, if granted, the relief ordered therein has been effectuated. Having reviewed the Plaintiffs' Motion and the record, the Court hereby

**ORDERS AND ADJUDGES** that the Motion is **GRANTED**. Schedule A to the Plaintiffs' Complaint shall be filed under seal and shall remain under seal until further order from this Court. This Order shall not be filed under seal.

**DONE AND ORDERED** in Miami, Florida, this ____ day of ____, 2025.

_____
**HONORABLE KATHLEEN M. WILLIAMS**
**UNITED STATES DISTRICT JUDGE**