**REDACTED SCHEDULE A**

| DOE No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 1 | ███ | https://www.amazon.com/sp?seller=███ |
| 2 | ███ | https://www.amazon.com/sp?seller=███ |
| 3 | ███ | https://www.amazon.com/sp?seller=███ |
| 4 | ███ | https://www.amazon.com/sp?seller=███ |
| 5 | ███ | https://www.amazon.com/sp?seller=███ |
| 6 | ███ | https://www.amazon.com/sp?i███ |
| 7 | ███ | https://www.amazon.com/sp?seller=███ |
| 8 | ███ | https://www.dhgate.com/store/about-us/███ |
| 9 | ███ | https://www.dhgate.com/store/about-us/███ |
| 10 | ███ | https://www.dhgate.com/store/about-us/███ |
| 11 | ███ | https://www.dhgate.com/store/about-us/███ |
| 12 | ███ | https://www.dhgate.com/store/about-us/███ |
| 13 | ███ | https://www.ebay.com/usr/███ |
| 14 | ███ | https://www.ebay.com/str/███ |
| 15 | ███ | https://www.ebay.com/str/███ |
| 16 | ███ | https://www.ebay.com/str/███ |
| 17 | ███ | https://www.ebay.com/str/███ |
| 18 | ███ | https://www.ebay.com/str/███ |
| 19 | ███ | https://www.ebay.com/str/███ |
| 20 | ███ | https://www.ebay.com/str/███ |
| 21 | ███ | https://www.ebay.com/str/███ |
| 22 | ███ | https://www.ebay.com/str/███ |
| 23 | ███ | https://www.ebay.com/str/███ |
| 24 | ███ | https://www.ebay.com/str/███ |
| 25 | ███ | https://www.ebay.com/usr/███ |
| 26 | ███ | https://www.ebay.com/usr/███ |
| 27 | ███ | https://www.ebay.com/usr/███ |
| 28 | ███ | https://www.ebay.com/str/███ |
| 29 | ███ | https://www.ebay.com/str/███ |
| 30 | ███ | https://www.ebay.com/usr/███ |

| 31 | | | https://www.ebay.com/usr/ | |
|---|---|---|---|---|
| 32 | | | https://www.ebay.com/str/ | |
| 33 | | | https://www.ebay.com/str/ | |
| 34 | | | https://www.ebay.com/str/ | |
| 35 | | | https://www.ebay.com/str/ | |
| 36 | | | https://www.ebay.com/str/ | |
| 37 | | | https://www.ebay.com/usr/ | |
| 38 | | | https://www.ebay.com/str/ | |
| 39 | | | https://www.ebay.com/str/ | |
| 40 | | | https://www.ebay.com/str/ | |
| 41 | | | https://www.ebay.com/str/ | |
| 42 | | | https://www.ebay.com/str/ | |
| 43 | | | https://www.ebay.com/str/ | |
| 44 | | | https://www.ebay.com/str/ | |
| 45 | | | https://www.ebay.com/usr/ | |
| 46 | | | https://www.ebay.com/usr/ | |
| 47 | | | https://www.ebay.com/str/ | |
| 48 | | | https://www.ebay.com/str/ | |
| 49 | | | https://www.ebay.com/str/ | |
| 50 | | | https://www.ebay.com/str/ | |
| 51 | | | https://www.ebay.com/usr/ | |
| 52 | | | https://www.ebay.com/str/ | |
| 53 | | | https://www.ebay.com/str/ | |
| 54 | | | https://www.ebay.com/str/ | |
| 55 | | | https://www.ebay.com/str/ | |
| 56 | | | https://www.ebay.com/str/ | |
| 57 | | | https://www.ebay.com/str/ | |
| 58 | | | https://us.shein.com/store/home?store_code= | |
| 59 | | | https://us.shein.com/store/home?store_code= | |
| 60 | | | https://us.shein.com/store/home?store_code | |
| 61 | | | https://us.shein.com/store/home?store_code= | |
| 62 | | | https://us.shein.com/store/home?store_code= | |
| 63 | | | https://us.shein.com/store/home?store_code= | |
| 64 | | | https://us.shein.com/store/home?store_code= | |
| 65 | | | https://us.shein.com/ | |
| 66 | | | https://us.shein.com/store/home?&store_code= | |
| 67 | | | https://us.shein.com/store/home?store_code= | |

| # | | | | URL | | |
|---|---|---|---|---|---|---|
| 68 | ■ | | | https://us.shein.com/store/home?store_code= | ■ | |
| 69 | ■ | | | https://us.shein.com/store/home?store_code= | ■ | |
| 70 | ■ | ■ | | https://us.shein.com/store/home?store_code= | ■ | |
| 71 | ■ | ■ | | https://us.shein.com/store/home?store_code | ■ | |
| 72 | ■ | | | https://us.shein.com/store/home?store_code= | ■ | |
| 73 | ■ | | | https://us.shein.com/store/home?store_code= | ■ | |
| 74 | ■ | | | https://us.shein.com/store/home?store_code= | ■ | |
| 75 | ■ | | | https://us.shein.com/store/home?store_code= | ■ | |
| 76 | ■ | | | https://us.shein.com/store/home?store_code= | ■ | |
| 77 | ■ | ■ | | https://us.shein.com/store/home?store_code= | ■ | |
| 78 | ■ | | | https://www.walmart.com/reviews/seller/ | ■ | |
| 79 | ■ | | | https://www.walmart.com/reviews/seller/ | ■ | |
| 80 | ■ | | | https://www.walmart.com/reviews/seller/ | ■ | |
| 81 | ■ | ■ | | https://www.walmart.com/reviews/seller/ | ■ | |
| 82 | ■ | | | https://www.walmart.com/reviews/seller/ | ■ | |
| 83 | ■ | | | https://www.walmart.com/reviews/seller/ | ■ | |
| 84 | ■ | | | https://www.walmart.com/reviews/seller/ | ■ | |
| 85 | ■ | ■ | | https://www.walmart.com/reviews/seller/ | ■ | |
| 86 | ■ | | | https://www.walmart.com/reviews/seller/ | ■ | |
| 87 | ■ | | | https://www.walmart.com/global/seller/ | ■ | |
| 88 | ■ | | | https://www.walmart.com/reviews/seller/ | ■ | |
| 89 | ■ | ■ | | https://www.walmart.com/global/seller/ | ■ | |
| 90 | ■ | | | https://www.walmart.com/reviews/seller | ■ | |
| 91 | ■ | | | https://www.walmart.com/reviews/seller/ | ■ | |
| 92 | ■ | | | https://www.walmart.com/reviews/seller/ | ■ | |
| 93 | ■ | | | https://www.walmart.com/reviews/seller/ | ■ | |
| 94 | ■ | | | https://www.walmart.com/reviews/seller | ■ | |
| 95 | ■ | | | https://www.walmart.com/reviews/seller/ | ■ | |
| 96 | ■ | | | https://www.walmart.com/reviews/seller/ | ■ | |
| 97 | ■ | ■ | | https://www.walmart.com/reviews/seller/ | ■ | |
| 98 | ■ | | | https://www.walmart.com/reviews/seller/ | ■ | |
| 99 | ■ | ■ | | https://www.walmart.com/reviews/seller/ | ■ | |
| 100 | ■ | | | https://www.walmart.com/reviews/seller/ | ■ | |
| 101 | ■ | | | https://www.walmart.com/reviews/seller/ | ■ | |
| 102 | ■ | | | https://www.walmart.com/reviews/seller/ | ■ | |
| 103 | ■ | | | https://www.walmart.com/reviews/seller/ | ■ | |
| 104 | ■ | | | https://www.walmart.com/reviews/seller/ | ■ | |
| 105 | ■ | ■ | | https://www.walmart.com/reviews/seller/ | ■ | |

| | | | | | |
|---|---|---|---|---|---|
| 106 | ██ | | https://www.walmart.com/reviews/seller/ | ██ | |
| 107 | ██ | ██ | https://www.walmart.com/reviews/seller/ | ██ | |
| 108 | ██ | ██ | https://www.walmart.com/reviews/seller/ | ██ | |
| 109 | ██ | | https://www.walmart.com/reviews/seller/ | ██ | |
| 110 | ██ | | https://www.walmart.com/reviews/seller/ | ██ | |
| 111 | ██ | | https://www.walmart.com/reviews/seller/ | ██ | |
| 112 | ██ | ██ | https://www.walmart.com/reviews/seller/ | ██ | |
| 113 | ██ | ██ | https://www.walmart.com/reviews/seller/ | ██ | |
| 114 | ██ | ██ | https://www.walmart.com/reviews/seller/ | ██ | |
| 115 | ██ | ██ | https://www.walmart.com/reviews/seller/ | ██ | |
| 116 | ██ | ██ | https://www.walmart.com/reviews/seller/ | ██ | |
| 117 | ██ | ██ | https://www.walmart.com/reviews/seller/ | ██ | |
| 118 | ██ | ██ | https://www.walmart.com/reviews/seller/ | ██ | |
| 119 | ██ | ██ | https://www.walmart.com/reviews/seller/ | ██ | |
| 120 | ██ | | https://www.walmart.com/reviews/seller/ | ██ | |
| 121 | ██ | ██ | https://www.walmart.com/reviews/seller/ | ██ | |
| 122 | ██ | ██ | https://www.walmart.com/reviews/seller/ | ██ | |
| 123 | ██ | | https://www.walmart.com/reviews/seller/ | ██ | |
| 124 | ██ | ██ | https://www.walmart.com/reviews/seller/ | ██ | |
| 125 | ██ | ██ | https://www.walmart.com/reviews/seller | ██ | |
| 126 | ██ | ██ | https://www.walmart.com/reviews/seller/ | ██ | |
| 127 | ██ | ██ | https://www.walmart.com/global/seller/ | ██ | |
| 128 | ██ | ██ | https://www.walmart.com/reviews/seller/ | ██ | |
| 129 | ██ | ██ | https://www.walmart.com/reviews/seller/ | ██ | |